U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 SEP -2 A 10:53

CLERK
BY ____________
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| NELSON JOSE PORTILLO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 2:26-cv-303 |
| | ) | |
| DONALD J. TRUMP, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**TEMPORARY RESTRAINING ORDER**
**(Doc. 2)**

Petitioner Nelson Jose Portillo, a resident of Vermont and a citizen of Venezuela, was detained by U.S. Immigration and Customs Enforcement ("ICE") on August 24, 2026. He is currently detained at Northwest State Correctional Facility. (Doc. 1 ¶¶ 2–3.)

On September 1, 2026, Petitioner filed a habeas petition challenging his detention as a violation of the Administrative Procedure Act ("APA") and the Due Process Clause of the Fifth Amendment because ICE has yet to conduct an individualized assessment to determine if Petitioner is a flight risk or danger to the community. (Doc. 1.) He concurrently filed an Emergency Motion for a Temporary Restraining Order. (Doc. 2.) He seeks a TRO prohibiting his transfer out of Vermont or his removal from the United States to preserve the jurisdiction of this court.

Pursuant to the All Writs Act, 28 U.S.C. § 1651, the Court ORDERS that Respondents not remove Petitioner Nelson Jose Portillo from the District of Vermont or from the United States. This order will remain in effect for 14 days.

The court issues this TRO on an ex parte basis because the emergency motion discloses sufficient facts establishing irreparable injury if Petitioner is moved to another jurisdiction or

from the United States. Specifically, if Petitioner is transferred outside this District, it may prohibit or impair his attendance at the court's habeas hearings and his effective consultation with counsel in preparation for and during those hearings. *See* Fed. R. Civ. P. 65(b); *Ozturk v. Trump*, 2025 WL 1145250, at *3–4 (D. Vt. Apr. 18, 2025) (order prohibiting transfer issued). Respondents will suffer neither irreparable harm nor undue prejudice if Petitioner is not removed from the District pending the outcome of these proceedings.

The Court will serve this order on the Government on September 2, 2026, through the established practice in the District. The court will schedule a hearing on the Emergency Motion for Temporary Restraining Order for September 16, 2026 at 3:30 p.m. The Petitioner shall attend the hearing in person.

Dated at Burlington, in the District of Vermont, this 2nd day of September, 2026.

Geoffrey W. Crawford, Judge
United States District Court