U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 SEP 16 P 4:38

CLERK
BY ___
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| NELSON JOSE PORTILLO, Petitioner, v. DONALD J. TRUMP, et al., Respondents.. | ) | Case No. 2:26-cv-303 |

**ORDER**

Following a hearing on September 16, 2026, the court orders as follows:

1. Respondents shall conduct a bond hearing for Mr. Portillo not later than the close of business Monday, September 21, 2026, in Chelmsford Immigration Court in Massachusetts where Mr. Portillo has a pending immigration case.
2. Counsel shall provide a report to the court within three (3) business days of the bond hearing to confirm that it took place and the outcome.
3. The temporary restraining order that issued on September 2, 2026 (CM/ECF Doc. 4) is extended by 14 days until September 30, 2026, in order to preserve the jurisdiction of the court and to enable Mr. Portillo to have access to his attorneys. Mr. Portillo shall remain within the District of Vermont while the TRO remains in effect and shall not be moved out of the District of Vermont.

Dated at Burlington, in the District of Vermont, this 16th day of September, 2026.

Geoffrey W. Crawford, Judge
United States District Court